# United States District Court
## for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

LIBERTARIAN PARTY OF NEW YORK,
ANTHONY D' ORAZIO,
LARRY SHARPE,
GREEN PARTY OF NEW YORK,
GLORIA MATTERA,
PETER LaVENIA,

**Plaintiff**

**Case Number**

vs.

NEW YORK STATE BOARD OF ELECTIONS,
PETER S. KOSINSKI, as the Co-Chair of the New York State Board of Elections; DOUGLAS A. KELLNER, as the Co-Chair of the New York State Board of Elections; ANDREW J. SPANO, as a Commissioner of the New York State Board of Elections; TODD D. VALENTINE, as Co-Executive Director of the New York State Board of Elections; and ROBERT A. BREHM, as Co-Executive Director of the New York State Board of Elections,

**Defendant**

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SEE APPENDIX

**Plaintiff**

**Case Number**

20-CV-04148-JGK

vs.

**Defendant**

IH-32

Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

The complaint has been served and answered and a motion for a preliminary injunction is pending before the Court.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case involves the same issues and the same defendants. Like the plaintiffs herein, the plaintiffs in this case seek to invalidate a New York law that increases ballot access requirements for political parties.

Signature: /s/ Michael Kuzma            Date: 7/27/2020

Michael Kuzma, Esq.

Firm: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA HURLEY and REV. REX STEWART,
Duly Registered Voters in the State of New York;
ROBERT JACKSON, RICHARD GOTTFRIED,
RYUH-LINE NIOU, ANITA THAYER and
JONATHAN WESTIN, Individually and as Co-
Chairs of the New York State Committee of the
Working Families Party and Members of the
Executive Board of the New York State
Committee of the Working Families Party; THE
NEW YORK STATE COMMITTEE OF THE
WORKING FAMILIES PARTY; THE
EXECUTIVE BOARD OF THE NEW YORK
STATE COMMITTEE OF THE WORKING
FAMILIES PARTY; and THE WORKING
FAMILIES PARTY OF NEW YORK STATE,

Plaintiffs,

v.

PETER S. KOSINSKI, as the Co-Chair of the New
York State Board of Elections; DOUGLAS A.
KELLNER, as the Co-Chair of the New York
State Board of Elections; ANDREW J. SPANO, as
a Commissioner of the New York State Board of
Elections; TODD D. VALENTINE, as Co-
Executive Director of the New York State Board
of Elections; and ROBERT A. BREHM, as Co-
Executive Director of the New York State Board
of Elections,

Defendants.

Case No. 1:20-cv-

**COMPLAINT**

---

## INTRODUCTION

1. On April 3, 2020, Governor Cuomo signed into law an important bill establishing a comprehensive system of public campaign financing for the first time in New York State history. The effort to establish such a system took more than a decade, but the law ultimately codifying the system was passed hastily and without debate as part of a Fiscal YEAR 2021

1