```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
LIBERTARIAN PARTY OF NEW YORK,
ET AL.,                                          20-cv-5820 (JGK)

                  Plaintiffs,                    ORDER

        - against -

NEW YORK STATE BOARD OF ELECTIONS,
ET AL.,

                  Defendant.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are instructed to file a Rule 26(f) report by **October 2, 2020.**

**SO ORDERED.**

**Dated:    New York, New York**
**          September 18, 2020**

                                    /s/ John G. Koeltl
                                      **John G. Koeltl**
                              **United States District Judge**