UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

LIBERTARIAN PARTY OF NEW YORK, ET
AL.,

                    Plaintiffs,            20-cv-5820 (JGK)


        - against -                        ORDER

NEW YORK STATE BOARD OF ELECTIONS,
ET AL.,

                    Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:


    The parties are asked to file courtesy copies of

preliminary injunction briefs and supporting declarations with

the Court.


SO ORDERED.

Dated:    New York, New York
          February 23, 2021

                              ____/s/ John G. Koeltl____
                                    John G. Koeltl
                            United States District Judge