# HARRIS BEACH
## ATTORNEYS AT LAW

677 BROADWAY, SUITE 1101
ALBANY, NY 12207
(518) 427-9700

ELLIOT A. HALLAK
PARTNER
DIRECT:  (518) 701-2748
FAX:       (518) 427-0235
ehallak@harrisbeach.com

April 1, 2021

**BY ECF**

United States District Judge John G. Koeltl
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

      Re:    *Libertarian Party of New York, et al. v. New York State Board of Elections, et al.*,
              Case No. 1:20-cv-05820-JGK

Dear Judge Koeltl:

      We represent the Defendants in the referenced action. On March 31, 2021, the Court scheduled oral argument on Plaintiffs' pending motion for a preliminary injunction for April 23, 2021 at 12:00 p.m. I write to request a brief adjournment of the scheduled oral argument to a subsequent date convenient to the Court as I will be conducting a jury trial as lead counsel in the Northern District of New York from April 19, 2021 through April 23, 2021 in the matter captioned *Kenneth Salamone, et al. v. Douglas Marine Corporation*, 1:19-cv-1213(MAD/DJS)

      There have been no previous requests to adjourn the oral argument. I have conferred with Plaintiffs' counsel and he consents to this request.

      Thank you for your consideration in this matter.

                            Respectfully submitted,

                            */s/ Elliot A. Hallak*

                            Elliot A. Hallak

cc: All counsel of record (by ECF)

---

Oral argument is rescheduled to Wednesday, April 28, 2021 at 2:30pm.

SO ORDERED.

                            /s/ John G. Koeltl
New York, New York         John G. Koeltl
April 8, 2021                   U.S.D.J.