UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAM PARTY OF NEW YORK, ET AL., | ORDER |
| Plaintiffs, | |
| - against - | 20-cv-323 (JGK) |
| KOSINSKI, ET AL., | |
| Defendants. | |
| HURLEY, ET AL., | |
| Plaintiffs, | |
| - against - | 20-cv-4148 (JGK) |
| KOSINSKI, ET AL., | |
| Defendants. | |
| LIBERTARIAN PARTY OF NEW YORK, ET AL., | |
| Plaintiffs, | |
| - against - | 20-cv-5820 (JGK) |
| NEW YORK BOARD OF ELECTIONS, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The parties are directed to appear, via telephone, on **December 21, 2021, at 10:00 a.m.** for oral argument regarding the defendants' motion for summary judgment.

1

Dial-in: (888) 363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**     **New York, New York**
          **November 19, 2021**

_____
John G. Koeltl
United States District Judge